USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CAROLYN MASON, as Parent and Natural :
Guardian of A.D., and CAROLYN MASON, :
Individually, :
                                         Plaintiff, :
            -against- :      22-CV-9336 (VEC)
 :
DAVID C. BANKS, in his official capacity as :      ORDER
Chancellor of the New York City Department of :
Education, and NEW YORK CITY :
DEPARTMENT OF EDUCATION, :
 :
                               Defendants. :
-------------------------------------------------------------- X
VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 31, 2022, Plaintiff filed this action, Dkt. 5;

       WHEREAS on October 31, 2022, Plaintiff requested the issuance of a Summons as to Defendant David C. Banks, Dkt. 3;

       WHEREAS on November 1, 2022, the Clerk of Court issued a Summons as to Defendant David C. Banks, Dkt. 4;

       WHEREAS on November 2, 2022, Plaintiff filed a copy of a "[p]roof of service receipt" received from the Office of the Corporation Counsel for the City of New York, without submitting an affidavit of service with respect to any of the named Defendants as required under Federal Rule of Civil Procedure 4(l), Dkt. 7; and

       WHEREAS Plaintiff's deadline to serve Defendants is January 30, 2023; *see* Fed. R. Civ. P. 4(m);

       IT IS HEREBY ORDERED that not later than **January 30, 2023**, Plaintiff must request a Summons and file adequate proof of service as to all Defendants or the case will be dismissed for failure to timely serve the Summons and Complaint.

SO ORDERED.

Date: December 7, 2022
New York, New York

_____
VALERIE CAPRONI
United States District Judge