# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

CAROLYN MASON, individually and on behalf
of A.D., a minor child,

                Plaintiff,                                22 **CIVIL** 9336 (LTS)(KHP)

      -against-                                      **JUDGMENT**

MELISSA AVILES-RAMOSF, and the NEW YORK
CITY DEPARTMENT OF EDUCATION.

                Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 30, 2025, Plaintiff's motion for summary judgment is granted, and Defendants cross-motion for summary judgment is denied. The DOE is ordered to fully reimburse Plaintiff for the cost of tuition, related services, and special transportation services at the International Institute for the Brain for the 2021-2022 school year. Any motion for attorneys' fees must be made in accordance with Federal Rule of Civil Procedure 54(d) and must be filed no later than 45 days from the date of this Memorandum Opinion and Order. Accordingly, the case is closed.

**Dated:** New York, New York

      October 2, 2025

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                           **BY:**

                                                          **Deputy Clerk**